**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000108
17-APR-2020
10:13 AM**

NO. CAAP-20-0000108

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HAWAII MEDICAL SERVICE ASSOCIATION, Plaintiff-Appellee, v.
FREDERICK NITTA, M.D., Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(S.P. NO. 19-1-1 GKN)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Stipulation Withdrawing Appeal and Order," filed March 30, 2020, by Defendant-Appellant Frederick Nitta, it appears that (1) the appeal has not been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal and bear their own costs and attorneys' fees; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved under HRAP Rule 42(a), and the

appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, April 17, 2019.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Katherine G. Leonard
Associate Judge